United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 20, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-30913
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

DERRICK L. BAINES,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:05-CR-50092
--------------------

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

     The attorney appointed to represent Derrick L. Baines has
moved for leave to withdraw and has filed a brief in accordance
with Anders v. California, 386 U.S. 738 (1967).  Baines has filed
a response.  The record is insufficiently developed to allow
consideration at this time of Baines's claim of ineffective
assistance of counsel.  See United States v. Cantwell, 470 F.3d
1087, 1091 (5th Cir. 2006).  Our independent review of
the record, counsel's brief, and Baines's response discloses no
nonfrivolous issue for appeal.  Accordingly, the motion for leave

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.